NIAGARA RADIATOR & BOILER CO., Respondent, v. GOLDSTEIN et al., Appellants. (Supreme Court, Appellate Division, First Department. June 26, 1914.) Action by the Niagara Radiator & Boiler Company against Abraham J. Goldstein and others. J. J. Cunningham, of New York City, for appellants. D. D. Deutsch, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

NICHOLS, Appellant; v. WILLEY, Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by James K. Nichols, as trustee in bankruptcy of the Star Electric Company, bankrupt, against Albert L. Willey. No opinion. Judgment and order affirmed, with costs.

In re NORTHERN BANK OF NEW YORK. In re CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. July 10, 1914.) In the matter of the Northern Bank of New York, and in the matter of the City of New York. For former opinion, see 148 N. Y. Supp. 70.
PER CURIAM. Motion granted. Questions certified. Order filed.

NOWAKOWSKI, Respondent, v. NEW YORK & N. S. TRACTION CO., Appellant. (Supreme Court, Appellate Division, Second Department. June 26, 1914.) Action by John Nowakowski against the New York & North Shore Traction Company. No opinion. Judgment and order reversed, and plaintiff's complaint dismissed, with costs of the appeal and of the action, on authority of Stanislaus Nowakowski v. New York & North Shore Traction Company, 148 N. Y. Supp. 456, decided herewith. See, also, 158 App. Div. 949, 143 N. Y. Supp. 1133.

In re OATES' WILL. MACKLIN, Appellant, v. OATES et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) In the matter of proving the last will and testament of Mary Oates, deceased. Proceeding by John Macklin, as executor, etc., against John T. Oates and others. No opinion. Decree of the Surrogate's Court of Richmond County reversed, and issues ordered to be tried by a jury, with costs of the appeal to abide the event of the new trial, payable out of the estate. Settle order before the Presiding Justice. See, also, 145 N. Y. Supp. 1131.

In re O'BRIEN et al. (Supreme Court, Appellate Division, First Department. July 10, 1914.) In the matter of Morgan J. O'Brien and others. No opinion. Application granted. Settle order on notice.

O'CONNOR, Respondent, v. WEBBER et al., Appellants. (Supreme Court, Appellate Division, Second Department. May 29, 1914.) Action by Patrick W. O'Connor against Richard Webber, Jr., and William Webber, copartners, etc. No opinion. Judgment and order reversed, and new trial granted, costs to abide the event. See opinion in William D. O'Connor v. Webber, 147 N. Y. Supp. 1053, decided herewith.

O'DOWD et al., Appellants, v. R. H. CASEY, Inc., Respondent. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by Margaret O'Dowd and another against R. H. Casey, Incorporated. C. Trosk, of New York City, for appellants. C. S. Petrasch, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

OPPENHEIM et al., Appellants, v. BOREK, Respondent. (Supreme Court, Appellate Division, Third Department. July 1, 1914.) Action by Benjamin F. Oppenheim and another against Michael Borek. No opinion. Judgment unanimously affirmed, with costs.

ORSOLINA, Respondent, v. RUGGIERO et al., Appellants. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by Maria Orsolina against John Ruggiero and others. No opinion. Judgment and order affirmed, with costs.

OTIS LITHOGRAPH CO. v. BRYAN et al. (Supreme Court, Appellate Division, First Department. June 19, 1914.) Action by the Otis Lithograph Company against Ralph D. Bryan, impleaded with John C. Fischer. Henry A. Friedman, of New York City, for appellant. Franklin Bien, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion denied, with $10 costs. Order filed.

PAINTED POST LUMBER CO., Respondent, v. BARTH, Appellant, et al. (Supreme Court, Appellate Division, Fourth Department. May 27, 1914.) Action by the Painted Post Lumber Company against Harris Barth, impleaded with others. No opinion. Judgment affirmed, with costs.

PAOLUCCI, Appellant, v. RINEHART & DENNIS CO., Respondent. (Supreme Court, Appellate Division, Second Department. June 5, 1914.) Action by Luigi Paolucci, as administrator, etc., of Virgillio Paolucci, deceased, against the Rinehart & Dennis Company.
PER CURIAM. Upon the issues as to any incompetency on the part of the blaster Ferenzo, the verdict for defendant was amply sustained. According to usage in such work, any laborer at hand might be called in to help in tamping the charge, if a helper was required. The case is barren of any evidence that Ferenzo exercised superintendence or control. As the court was announcing the issues to go to the jury, plaintiff's counsel asked also that Ferenzo's negligence as a superintendent be submitted. This was declined, as not based on the proof given, in which disposition plaintiff's counsel acquiesced, making no further request. The record